UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHLEY FRANCIS,

                    **Plaintiff,**           22-CV-02652 (PAE)(SN)

    -against-                      **ORDER**

ALLEN/ORCHARD, LLC, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff served Defendants via the New York Secretary of State on April 11, 2022. Defendants' answers were accordingly due by May 11, 2022. See N.Y. CPLR § 320(a). As of the issuance of this order, neither Defendant has appeared.

    By June 23, 2022, Plaintiff shall file a letter informing the Court whether she has been in contact with either Defendant. The letter should also state whether Plaintiff intends to move for default against either Defendant.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 17, 2022
                  New York, New York