UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASHLEY FRANCIS,

                           **Plaintiff,**                    22-CV-02652 (PAE)(SN)

    -against-                                            **ORDER**

ALLEN/ORCHARD, LLC, et al.,

                           **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant Allen/Orchard, LLC appeared on July 7, 2022, see ECF No. 13, almost two months after its response to the Complaint was due, see ECF No. 10. As of the issuance of this order, Allen/Orchard, LLC has not responded to the Complaint or asked for an extension.

    Accordingly, Allen/Orchard, LLC's response to the Complaint is due no later than July 29, 2022. No extensions will be granted absent a showing of good cause.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 26, 2022
                New York, New York