UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHLEY FRANCIS,

                                Plaintiff,                     22-CV-02652 (PAE)(SN)

      -against-                                                          ORDER

ALLEN/ORCHARD, LLC, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      As discussed during today's conference, counsel for the Plaintiff and Defendants will meet on the premises at issue on November 21, 2022, at 11:00 a.m. to conduct a site visit. The parties are directed to submit a joint status letter to the Court no later than 2:00 p.m. on November 23, 2022, informing the Court of whether the November 29, 2022, Settlement conference will go forward as planned.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:      November 1, 2022
                 New York, New York