# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
GHP@ParkerHanski.com

September 5, 2023

Via ECF
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court

      **Re:**   *Ashley Francis v. Allen/Orchard, LLC and Hachi Enterprises Inc.*

          **Docket No. 1:22-cv-02652 (PAE) (SN)**

Dear Judge Engelmayer:

      We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court for a final extension of the deadline to make an application to reopen this action by 30 days. The reason for this request is because the parties require the additional time to fulfill the conditions precedent for filing the Stipulation of Dismissal. This is the second application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

                            very truly yours,

                            /s/
                        Glen H. Parker, Esq.

Granted. The deadline is extended to October 8, 2023. SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 6, 2023
       New York, New York