UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASHLEY FRANCIS,

                        Plaintiff,

         -against-

ALLEN/ORCHARD, LLC, et al.,

                       Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2023

22-CV-02652 (PAE)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    A conference is scheduled for Monday, October 16, 2023, at 11:00 a.m. to discuss the parties' settlement. See ECF No. 49. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov.

SO ORDERED.

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     October 11, 2023
               New York, New York