UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHLEY FRANCIS,

                      Plaintiff,

        -against-

ALLEN/ORCHARD, LLC, et al.,

                    Defendants.

-----------------------------------------------------------------X

22-CV-02652 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023

**SARAH NETBURN, United States Magistrate Judge**:

The conference scheduled for Monday, October 16, 2023, is RESCHEDULED for Tuesday, October 17, 2023 at 2:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 13, 2023
               New York, New York