UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASHLEY FRANCIS,

                       Plaintiff,                    22-CV-02652 (PAE)(SN)

            -against-                             **ORDER**

ALLEN/ORCHARD, LLC, et al.,

                       Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Pursuant to the conference on October 17, 2023, Plaintiff and Defendant Allen/Orchard, LLC are directed to file a stipulation of voluntary dismissal, if appropriate, as to Defendant Allen/Orchard, LLC by October 20, 2023. Defendant Hachi Enterprises Inc. is directed to remit payment in accordance with the executed settlement agreement between the parties by November 3, 2023. Should Defendant Hachi Enterprises Inc. fail to remit payment by that date, Plaintiff may file a motion to enforce the settlement with the Court.

SO ORDERED.

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:       October 17, 2023
                New York, New York