UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASHLEY FRANCIS,

                Plaintiff,

      -against-

HACHI ENTERPRISES INC.,

                Defendant.

------------------------------------------------------------X

22-CV-02652 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On October 17, 2023, the Court issued an Order allowing the Plaintiff to file a motion to enforce the settlement with the Court, should Defendant Hachi Enterprises Inc. fail to remit payment by November 3, 2023. ECF No. 53. The Plaintiff is directed to advise the Court by December 8, 2023, whether the Court can administratively close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 30, 2023
              New York, New York